United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3074

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Joseph Anthony Petty, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: February 17, 1998

Filed: February 20, 1998

_____

Before WOLLMAN, MAGILL, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Joseph Anthony Petty appeals from the district court's[1] denial of his 18 U.S.C. § 3582(c) motion to reduce his 210-month sentence based on U.S. Sentencing Guidelines Manual App. C, Amend. 516 (equating each plant to 100 grams of marijuana), now codified at U.S. Sentencing Guidelines Manual § 2D1.1(c), comment. (n.E & backg'd) (1997).

_____

[1]The Honorable Elsijane Trimble Roy, United States District Judge for the Eastern District of Arkansas.

We conclude that the district court did not abuse its discretion in denying Petty's motion. See United Stats v. Gonzalez-Balderas, 105 F.3d 981, 982 (5th Cir. 1997) (per curiam) (standard of review); United States v. Risch, 87 F.3d 240, 243 (8th Cir. 1996). With or without application of the Amendment, Petty's guilty plea to manufacturing 67 marijuana plants, combined with his prior convictions, subjected him to a career-offender enhancement and a Guidelines imprisonment range of 210 to 240 months. See 21 U.S.C. § 841(b)(1)(C); U.S. Sentencing Guidelines Manual § 4B1.1(C) (1997).

The judgment is affirmed. Petty's motions are denied.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.